Thomas Bartholomew **LAYDEN IV**, Plaintiff-Appellant,

v.

Michael **HEGMANN**, Supervisor Doctor at Meadows Unit; Subodh Shroff, Doctor at Meadows Unit, Defendants-Appellees.

No. 16-15896

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2017 *

Filed July 6, 2017

Thomas Bartholomew Layden, IV, Pro Se

Joseph Scott Conlon, Renaud Cook Drury Mesaros, PA, Phoenix, AZ, for Defendants-Appellees

Before: PAEZ, BEA, and MURGUIA, Circuit Judges.

### MEMORANDUM **

Arizona state prisoner Thomas Bartholomew Layden IV appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment because Layden failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent in managing Layden's pain. *See id.* at 1058-60 (a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to an inmate's health; medical malpractice, negligence, or a difference of opinion concern-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

ing the course of treatment does not amount to deliberate indifference).

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provid-